# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Donald Taylor,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>State of Nevada, et al.,<br><br>　　　　　Defendant(s). | 2:21-cv-02011-RFB-MDC<br><br>**Order Setting Hearing and<br>to produce Donald Taylor # 1117274** |

TO: NEVADA DEPARTMENT OF CORRECTIONS; and JEREMY BEAN, ASSOCIATE WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV.

I find that Donald Taylor #1117274 is presently in the custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

I ORDER that the parties to this case shall appear in-person **on February 14, 2024 at 11:00am in courtroom 3B** for a hearing on the following motions: (1) plaintiff's *motion for leave to file document* (ECF No. 31); plaintiff's *motion for appointment of counsel* (ECF No. 32); and plaintiff's *motion for sanctions* (ECF No. 34).

I ORDER that the Warden of High Desert State Prison, or his designee, shall transport and produce Donald Taylor #1117274 to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in the LV Courtroom 3D, Las Vegas, Nevada on **February 14, 2024 at 11:00am in courtroom 3B** . Plaintiffs will not be released and shall be returned to the custody of the Warden, High Desert State Prison.

DATED this 25th day of January 2024.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge