# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONALD TAYLOR,<br><br>           Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA, *et al.*,<br><br>           Defendants. | Case No. 2:21-cv-02011-RFB-MDC<br><br>**ORDER** |

    Before the Court is Plaintiff Donald Taylor's Motion for Enlargement of Time (ECF No. 60), seeking to approximately 90 additional days to file an opposition to the pending Motion for Summary Judgement (ECF No. 53). Mr. Taylor has not provided a reason for this lengthy extension for briefing. While he is proceeding *pro se*, the Court reminds Mr. Taylor that he is still required to follow this Court's Local Rules, <u>Carter v. C.I.R.</u>, 784 F.2d 1006, 1008 (9th Cir. 1986), and those rules require motions for extensions of time be supported by a showing of good cause for the extension, Local Rule 26-3. While the Court does not find good cause at this time for a 90-day extension, it will move the response deadline from December 18, 2024, to January 31, 2025. Mr. Taylor may move for additional time by producing another request for an extension of time supported by good cause.

    For the foregoing reasons, **IT IS ORDERED** Plaintiff Donald Taylor's Motion for Enlargement of Time (ECF No. 60) is **GRANTED in part**. Any opposition to the Motion for Summary Judgement (ECF No. 53) is due on or before **January 31, 2025**.

**DATED:** December 23, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**